**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                              No. 4:08CR00377-03 JLH

CHANTELL DENISE BENTLEY                                                                          DEFENDANT

**ORDER**

The United States has filed a motion to amend the judgment. The motion recites that the judgment entered on September 2, 2009, ordered restitution in the amount of $129,102.48. A chart was attached to the judgment listing the victims and the amount of restitution to each victim. According to the government, the total amount of restitution is correct, but the chart reflects an incorrect amount of restitution for Town North Bank. The government says that the proper amount should be $1,084.72, instead of $488.61 as shown on the chart.

Chantell Denise Bentley has responded and stated that she does not object to the motion to amend. Therefore, without objection, the motion to amend is GRANTED. Document #71. The judgment is hereby amended to reflect that the restitution payable to Town North Bank is $1,084.72.

IT IS SO ORDERED this 5th day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE